THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Isiah James, Jr., Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2005-UP-608
Submitted December 1, 2005  Filed December 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.  
 
 
 

PER CURIAM:  Isiah James, Jr. appeals his guilty plea on two counts of voluntary manslaughter each with sentences of thirty years and one count of armed robbery with a sentence of twenty-five years all to run consecutively.  James argues the trial court lacked subject matter jurisdiction due to a defective indictment and that Judge King erred in denying James motion to challenge the denial of his co-defendants motion for expungement.  After a thorough review of the record, counsels brief, and Jamess pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Jamess appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. [1]

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.